IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

GEORGE HOLMES                                                                                         PLAINTIFF

vs.                                                                          CASE NO.: 5:16-cv-13-KS-MTP

D&H HOSPITALITY, INC.,
K&D HOSPITALITY, INC., and,
KUNAL PANCHAL, Individually                                                                      DEFENDANTS

### AGREED ORDER DISMISSING CASE WITH PREJUDICE

THIS DAY this cause came to be heard upon joint motion, *ore tenus*, of the parties seeking entry of an Agreed Order Dismissing Case with Prejudice in the above-styled and numbered cause of action. Finding the motion to be well taken, the Court grants the motion.

Accordingly, the Court hereby ORDERS that this case be dismissed with prejudice as to all parties. Each party shall bear their own respective fees and costs. This Court retains jurisdiction over the parties and any claims relating to the enforcement of the Settlement Agreement should there be any dispute relating to it, or the parties' compliance with it.

SO ORDERED, this the 7th day of April, 2016.


                                                                *s/Keith Starrett*
                                                                UNITED STATES DISTRICT JUDGE


SUBMITTED AND APPROVED BY ALL PARTIES AND COUNSEL